IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL MUCHNICKI,

   Plaintiff,

    v.

WINDSOR MANAGEMENT
SERVICES, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-1304-TWT

## ORDER

This is a breach of contract action. It is before the Court on the Report and Recommendation [Doc. 81] of the Special Master resolving various discovery disputes. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Second Motion to Compel and for Sanctions [Doc. 60] is GRANTED in part and DENIED in part.

SO ORDERED, this 26 day of February, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Muchnicki\compel.wpd