IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MUCHNICKI,<br><br>    Plaintiff,<br>    v.<br><br>WINDSOR MANAGEMENT<br>SERVICES, INC., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:13-CV-1304-TWT |

ORDER

This is a breach of contract action. It is before the Court on the Special Master's Second Report and Recommendation [Doc. 88]. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 2 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge