IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MUCHNICKI, <br><br> Plaintiff, <br><br> v. <br><br> WINDSOR MANAGEMENT SERVICES, INC., et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:13-CV-1304-TWT |

ORDER

This is a breach of contract action. It is before the Court on the Report and Recommendation [Doc. 95] of the Special Master denying the Plaintiff's Motion to Compel. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 2 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Muchnicki\r&r3.wpd