IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL MUCHNICKI,

  Plaintiff,

   v.

WINDSOR MANAGEMENT
SERVICES, INC., et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-1304-TWT

## ORDER

This is a breach of contract action. It is before the Court on the Special Master's Report and Recommendation [Doc. 96] regarding the location of the Defendant's Rule 30(b)(6) deposition. The Defendants' objections to the Report and Recommendation are totally without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 2 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Muchnicki\r&r4.wpd