IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL MUCHNICKI,

  Plaintiff,

    v.

WINDSOR MANAGEMENT
SERVICES, INC., et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-1304-TWT

## ORDER

This is a breach of contract action. It is before the Court on the Report and Recommendation [Doc. 99] of the Special Master regarding discovery issues involving interrogatories Nos. 7 and 8 and document requests nos. 56-68. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 8 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Muchnicki\r&r5.wpd